# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-12384 |
| | ) | |
| RAYMON A. SHABA, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge COX |

## NOTICE OF MOTION

*To the following persons or entities who were served via electronic mail by the Bankruptcy Court:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Norman B. Newman, Chapter 7 Trustee: nnewman@sfgh.com

*To the following persons or entities who were served via regular U.S. Mail:*
See attached service list

PLEASE TAKE NOTICE that on October 6, 2020, at 1:00 p.m., I will appear before the Honorable Judge Cox, or any judge sitting in tht judge's plance and present the Motion to Reopen Chapter 7 Case, a copy of which is attached.

**This motion will be presented and heard telephonically**. No personal Appearance in court is necessary or permitted. To Appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917)746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objections is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

/s/ David M. Siegel

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on September 10, 2020.

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100
davidsiegelbk@gmail.com

*To the following persons or entities who were served via regular U.S. Mail:*

Mr. Raymon Shaba
1805 W. Touhy, Apt. 1C
Park Ridge, IL  60068

Mr. Odisho Georges
c/o Philip Bernstein, Esq.
5525 N. Chester, Ste. 44
Chicago, IL  60656

Philip Bernstein, Esq.
180 N. LaSalle Drive, #3700
Chicago, IL  60601

American General/Springleaf
Attn: Bankruptcy Dept.
P.O. Box 3251
Evansville, IN  47731-3251

One Main
FKA: Springleaf
P.O. Box 1010
Evansville, IN  47706

Credit Protection Assoc.
Parkway Center
2500 Dallas Parkway, Ste. 500
Plano, TX  75093-4867

Dish Network
Attn: Bankruptcy Dept.
P.O. Box 6633
Englewood, CO  80155-6633

Diversified Consultant
10550 Deerwood Park Blvd.
Jacksonville, FL  32256-0596

Genesis FS Card
Kay Jewelers
P.O. Box 4480
Beaverton, OR  97076-4480

Illinois DCFS
509 S. 6th Street
Springfield, IL  62701-1809

Illinois Dept. of Labor
160 N. LaSalle Drive
Chicago, IL  60601


Kay Jewelers
P.O. Box 740425
Cincinnati, OH  45274

LVNV Funding
P.O. Box 1269
Greenville, SC  29602

Mithaq Auisho
7603 N. Harlem
Niles, IL  60714-4724

Pete Auto Repair & Sales
5534 N. Western Ave.
Chicago, IL  60625-2217

Peoples Gas
Bankruptcy Dept.
200 E. Randolph St.
Chicago, IL  603601

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-12384 |
| | ) | |
| RAYMON A. SHABA, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge COX |

### MOTION TO RE-OPEN CASE TO ENTER A DISCHARGE

NOW COMES the Debtor, by and through his attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC to present their Motion, and in support thereof state as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The Debtor filed a petition for relief pursuant to Chapter 7 under Title 11 USC on April 27, 2018. Norman B. Newman was appointed Trustee in this case.

3. The §341 Meeting of Creditors was held June 14, 2018; and the Trustee filed a "no asset" report.

4. The Debtor completed the Personal Financial Management instruction on August 29, 2018 and provided proof thereof. The document was filed with the court on August 30, 2018, after the case was closed without a discharge on August 17, 2018.

5. The delay was due to an inadvertent oversight by the Debtor. The delay was unintentional, and was not done to cause harm to creditors of the Debtor.

6. The Debtor seeks leave of the court to allow the late filing of the Personal Financial Management instruction certificate; and requests that the court re-open the case and direct the Clerk of the Bankruptcy Court to issue an order of discharge.

7. Debtor also adds a pre-filing creditor to his bankruptcy. Mr. Odisho Georges was inadvertently omitted from the original filing of his bankruptcy and by this filing he is given notice of the bankruptcy, (see Exhibit A).

WHEREFORE, the Debtor, Raymond A. Shaba, prays that this Honorable Court enter an Order to allow late filing of Personal Financial Management document, to re-open the case, to direct the issue of an order of discharge, and for such other relief that the Court deems just and proper.

Respectfully Submitted,

/s/ David M. Siegel

David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Raymon A. Shaba** | Social Security number or ITIN XXX-XX-7650 |
| | First Name   Middle Name   Last Name | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __-_____ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter 7  **4/27/18** |
| Case number:   **18-12384** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline       12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Raymon A. Shaba | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 1805 W. Touhy Apt. 1C Park Ridge, IL 60068 | |
| 4. | Debtor's attorney Name and address | David M Siegel David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090 | Contact phone 847 520-8100 Email: davidsiegelbk@gmail.com |
| 5. | Bankruptcy trustee Name and address | Norman B Newman Much Shelist, P.C. 191 North Wacker Drive Ste 1800 Chicago, IL 60606 | Contact phone 312-521-2000 Email: nnewman@muchshelist.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**       page 1

Debtor Raymon A. Shaba                                                                 Case number 18-12384

| 6. | Bankruptcy clerk's office<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1-866-222-8029<br><br>Date: 4/30/18 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | June 14, 2018 at 12:30 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 8/13/18 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**    page 2